## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            CHAPTER 13
Robert D. Emerich
Traci M. Emerich                                  BKY. NO. 18-12370 REF

                           Debtors

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.


                    Respectfully submitted,

                    **/s/ Kevin G. McDonald, Esquire**
                    Kevin G. McDonald, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322 FAX (215) 627-7734