## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **ROBERT D. AND TRACI M. EMERICH,** | |
| **Debtors** | **Bankruptcy No. 18-12370 REF** |

### CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Chapter 13 Plan was served upon the addresses listed below and all parties in interest by way of electronic means on July 8, 2018 and/or via first class mail on July 26, 2018:

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee - dave.p.adams@usdoj.gov

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

EDEN R. BUCHER on behalf of Creditor Riverfront Federal Credit Union - ebucher@leisawitzheller.com, medwards@leisawitzheller.com

Robert D. and Traci M. Emerich
604 Georgia Avenue
Reading, PA 19605

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:     *s/Alyssa J. Merkey*
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610
610-779-0772

Label Matrix for local noticing
0313-4
Case 18-12370-ref
Eastern District of Pennsylvania
Reading
Thu Jul 26 11:16:03 EDT 2018

Riverfront Federal Credit Union
c/o Eden R. Bucher, Esquire
Leisawitz Heller
2755 Century Boulevard
Wyomissing, PA 19610-3346

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

AES/ PHEAA
POB 61047
HARRISBURG, PA 17106-1047

BEST BUY/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117-6497

CAPITAL ONE BANK USA
PO BOX 30281
Salt Lake City, UT 84130-0281

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS, NV 89193-8873

CSC Credit Services
Box 740040
Atlanta, GA 30374-0040

Capital One
POB 30285
Salt Lake City, UT 84130-0285

Capital One Bank
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chex Systems Inc.
ATTN: Customer Relations
7805 Hudson Rd
Suite 100
Woodbury, MN 55125-1703

Citicards Cbna
P.O. Box 6241
Sioux Falls, SD 57117-6241

Commenity Bank/Boscovs
PO Box 182120
Columbus, OH 43218-2120

Commenity Bank/DVDBSR
PO Box 182120
Columbus, OH 43218-2120

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

ERC
PO Box 57547
Jacksonville, FL 32241-7547

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
Business Information Services
475 Anton Blvd.
Costa Mesa, CA 92626-7037

FORD MOTOR CREDIT
PO BOX 542000
OMAHA, NE 68154-8000

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Fred Meyer/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Gettington
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Home Depot/Citibank
P.O. Box 6497
Sioux Falls, SD 57117-6497

KOHLS DEPARTMENT STORE
PO BOX 3115
MILWAUKEE, WI 53201-3115

LITTMAN JEWELERS
1000 MAC ARTHUR BL
Mahwah, NJ 07430-2035

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236-5904

(p)MET ED FIRST ENERGY
101 CRAWFORD CORNER RD
BLDG 1 SUITE 1-511
HOLMDEL NJ 07733-1900

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa.  17128-0946

Pennsylvania State ECU
PO Box 67013
Harrisburg, PA 17106-7013

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788


ROUND POINT MORTGAGE
5032 PARKWAY PLAZA
CHARLOTTE, NC 28217-1918

Riverfront FCU
430 S. 4th Street
Reading, PA 19602-2698

Roundpoint Mortgage Servicing Corporation
c/o KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106-1541


SYNCB/Home
P.O. Box 965036
Orlando, FL 32896-5036

SYNCB/OLD NAVY
PO BOX 965005
ORLANDO, FL 32896-5005

SYNCB/WAL-MART
PO BOX 965024
ORLANDO, FL 32896-5024


St Joseph Medical Center
PO BOX 644168
Pittsburgh, PA 15264-4168

TD BANK USA/TARGET
PO BOX 673
Minneapolis, MN 55440-0673

Trans Union
P.O. Box 1000
Chester, PA 19022


US Department of Education
60 Forsyth St SW
Suite 19T40
Atlanta, GA 30303-8801

United Collection Bureau, Inc.
Central Processing Center
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614-1501

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107-4405


Verizon
POB 4003
Acworth, GA 30101-9004

GEORGE M. LUTZ
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd.
Suite 301
P.O. Box 5828
Wyomissing, PA 19610-5828

Robert D. Emerich
604 Georgia Avenue
Reading, PA 19605-1565


Traci M. Emerich
604 Georgia Avenue
Reading, PA 19605-1565

WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606-2265


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


DISCOVER FINANCIAL SERVI
PO BOX 15316
Wilmington, DE 19850

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

Met Ed
P O Box 16001
Reading, PA 19612


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Roundpoint Mortgage Servicing Corporation

(d)Riverfront Federal Credit Union
c/o Eden R. Bucher, Esquire
Leisawitz Heller
2755 Century Boulevard
Wyomissing, PA 19610-3346

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    49
Bypassed recipients     3
Total                  52