.

Ann E. Endres, Esquire
Palange, Endres & Marks, P.C.
720 Centre Avenue
Reading, PA 19601