UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT D. EMERICH                           NO. 18-12370 REF
TRACI M. EMERICH                            CHAPTER 13

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE OF OCTOBER 16, 2018 AT 9:30 AM

Ford Motor Credit Company, LLC has filed with the US Bankruptcy Court a Motion for Relief from Stay Regarding a 2014 Ford Mustang motor vehicle.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then **on or before OCTOBER 10, 2018** you or your attorney must do BOTH of the following things:

(a) **FILE AN ANSWER** explaining your position at:

Clerk, United States Bankruptcy Court
The Madison Building, Third Floor, Ste. 300
400 Washington Avenue
Reading, PA 19601

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above;

**AND** (b) **MAIL A COPY** of the documents to the Movant's attorney:

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Suite 200
Jenkintown, PA 19046

Telephone No. 215.886.1120 / Facsimile No. 215.886.1118

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Richard E. Fehling on **OCTOBER 16, 2018** at **9:30 am** in Courtroom No. **1** United States Bankruptcy Court, The Madison Building, Third Floor, Ste. 300, 400 Washington Avenue, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Court Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE: September 24, 2018