**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **ROBERT D. and TRACI M. EMERICH,** | **Bankruptcy No. 18-12370 REF** |
| **Debtors** | |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Response to Motion for Relief from Automatic Stay of Ford Motor Credit Company was served upon the following parties by way of electronic means on September 25, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee - dave.p.adams@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

EDEN R. BUCHER on behalf of Creditor Riverfront Federal Credit Union - ebucher@leisawitzheller.com, medwards@leisawitzheller.com

KEVIN G. MCDONALD on behalf of Creditor Roundpoint Mortgage Servicing Corporation - bkgroup@kmllawgroup.com

HOWARD GERSHMAN on behalf of Creditor Ford Motor Credit Company, LLC - hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610
610-779-0772