# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**Robert D. and Traci M. Emerich,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-12370-ref** |

## CERTIFICATE OF NO RESPONSE

I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Motion to Approve Loan Modification Agreement with Roundpoint Mortgage Servicing Corporation and requests that the court grant the Motion to Approve Loan Modification Agreement with Roundpoint Mortgage Servicing Corporation, as the Motion is uncontested.

**Date:** October 11, 2018

        Respectfully submitted,

        **Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

        George M. Lutz, Esquire
        1100 Berkshire Blvd., Suite 301
        Wyomissing, PA  19610
        Attorney I.D. No. 46437
        Phone:  610-779-0772