## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re: <br><br> **ROBERT D. and TRACI M. EMERICH,** <br><br> Debtors | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 18-12370 REF** |
|---|---|

### ORDER

AND NOW, upon consideration of the Debtors' Motion to Approve Loan Modification Agreement with Roundpoint Mortgage Servicing Corporation ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Loan Modification Agreement between the Debtors and Roundpoint Mortgage Servicing Corporation is APPROVED.

**BY THE COURT:**

**Date: October 15, 2018**

_____
**Richard E. Fehling**
**United States Bankruptcy Judge**

*Copies to:*

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610

Roundpoint Mortgage Servicing Corporation
5016 Parkway Plaza Blvd., Suite 6&8
Charlotte, NC 28217

William C. Miller, Esquire*R
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Robert D. and Traci M. Emerich
604 Georgia Avenue
Reading, PA  19605