United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert D. Emerich
Traci M. Emerich
        Debtors

Case No. 18-12370-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: SaraR              Page 1 of 1                Date Rcvd: Oct 16, 2018
                           Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db/jdb         +Robert D. Emerich,    Traci M. Emerich,    604 Georgia Avenue,    Reading, PA 19605-1565
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,     P.O. Box 62180,
                 Colorado Springs, CO  80921)
cr             +Riverfront Federal Credit Union,    c/o Eden R. Bucher, Esquire,    Leisawitz Heller,
                 2755 Century Boulevard,    Wyomissing, PA 19610-3346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:46:53      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union
               ebucher@leisawitzheller.com, medwards@leisawitzheller.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Traci M. Emerich glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Debtor Robert D. Emerich glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              KEVIN G. MCDONALD    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**ROBERT D. and TRACI M. EMERICH,**<br><br>Debtors | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 18-12370 REF |

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Approve Loan Modification Agreement with Roundpoint Mortgage Servicing Corporation ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Loan Modification Agreement between the Debtors and Roundpoint Mortgage Servicing Corporation is APPROVED.

**Date: October 15, 2018**

BY THE COURT:

_____
**Richard E. Fehling**
**United States Bankruptcy Judge**

*Copies to:*

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Boulevard, Suite 301
P.O. Box 5828
Wyomissing, PA  19610

Roundpoint Mortgage Servicing Corporation
5016 Parkway Plaza Blvd., Suite 6&8
Charlotte, NC 28217

William C. Miller, Esquire*R
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Robert D. and Traci M. Emerich
604 Georgia Avenue
Reading, PA  19605