**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**ROBERT D. AND TRACI M. EMERICH,**<br><br>Debtors | **Chapter 13  Bankruptcy**<br><br>**Bankruptcy No. 18-12370 REF** |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**TO:**   RoundPoint Mortgage Service Corporation  (Proof of Claim No. 15)

Debtors, Robert D. and Traci M. Emerich, havefiled an objection to the Proof of Claim you have filed in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, YOU OR YOUR LAWYER MUST ATTEND THE HEARING ON THE OBJECTION, SCHEDULED TO BE HELD BEFORE THE HONORABLE RICHARD E. FEHLING, ON NOVEMBER 29, 2018, AT 9:30 A.M., IN COURTROOM 1, UNITED STATES BANKRUPTCY COURT, THE MADISON BUILDING, 400 WASHINGTON STREET, READING, BERKS COUNTY, PENNSYLVANIA.  IF YOU OR YOUR ATTORNEY DO NOT ATTEND THE HEARING ON THE OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.**

**Dated:  Date:**  October 26, 2018

                            **Respectfully submitted,**

                            **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**     /s/ George M. Lutz
                            _____
                            **George M. Lutz, Esquire**
                            **1025 Berkshire Boulevard, Bldg. No 700**
                            **Wyomissing, PA  19610**
                            **Pa. Attorney ID No.: 46437**