## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert D. Emerich<br>          Traci M. Emerich<br>                              Debtors<br><br>RoundPoint Mortgage Servicing Corporation<br>                              Movant<br>          vs.<br><br>Robert D. Emerich<br>Traci M. Emerich<br>                              Respondents | CHAPTER 13<br><br><br><br>NO. 18-12370 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of RoundPoint Mortgage Servicing Corporation to Confirmation of Chapter 13 Plan, which was filed with the Court on or about August 17, 2018 (Document No. 38).

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              Kevin G. McDonald, Esquire
                              Attorneys for Movant
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

November 1, 2018