UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT D. EMERICH                     NO. 18-12370 REF
    TRACI M. EMERICH                      CHAPTER 13

**ORDER APPROVING STIPULATION IN RESOLUTION OF
MOTION OF FORD MOTOR CREDIT COMPANY, LLC
FOR RELIEF FROM STAY [DOCUMENT 43]**

Upon consideration of the Stipulation of the parties in resolution of the Motion of Ford Motor Credit Company, LLC for Relief from Stay [Document 43], as to a 2014 Ford Mustang motor vehicle, it is hereby approved.

BY THE COURT:

**Date: November 5, 2018**

_____.J

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

William Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

George M. Lutz, Esquire
Hartman Valeriano Magovern & Lutz PC
100 Berkshire Blvd., Ste. 301
PO Box 5828
Wyomissing, PA 19610