**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**ROBERT D. and TRACI M. EMERICH,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-12370 REF** |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Objection to Claim and Debtors' Objection to Proof of Claim of RoundPoint Mortgage Service Corporation (Proof of Claim No. 15) were served upon the following parties by way of electronic means on October 26, 2018 and/or via regular mail on November 8, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

DAVE P. ADAMS on behalf of U.S. Trustee United States Trustee - dave.p.adams@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

EDEN R. BUCHER on behalf of Creditor Riverfront Federal Credit Union - ebucher@leisawitzheller.com, medwards@leisawitzheller.com

KEVIN G. MCDONALD on behalf of Creditor Roundpoint Mortgage Servicing Corporation - bkgroup@kmllawgroup.com

HOWARD GERSHMAN on behalf of Creditor Ford Motor Credit Company, LLC - hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

RoundPoint Mortgage Service Corporation
5016 Parkway Plaza Blvd. Building 6 & 8
Charlotte, NC 28217

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
           1100 Berkshire Blvd., Suite 301
           Wyomissing, PA  19610