**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re: | **Chapter 13 Bankruptcy** |
| **ROBERT D. and TRACI M. EMERICH,** | |
| **Debtors** | **Bankruptcy No. 18-12370 REF** |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly withdraw Debtors' Motion to Compel Turnover of Vehicle that was filed on February 26, 2019.

Date: March 27, 2019

                                **Hartman, Valeriano, Magovern & Lutz, PC**

               by:    */s/ George M. Lutz*

                      George M. Lutz, Esquire
                      1025 Berkshire Boulevard, Suite 700
                      Wyomissing, PA  19610
                      Pa. Attorney ID No.: 46437
                      Attorneys for Debtors