# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** <br><br> **ROBERT D. and TRACI M. EMERICH,** <br><br> Debtors | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 18-12370 REF** |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw Debtors' Response to the Motion for Relief from Automatic Stay of RoundPoint Mortgage Servicing Corporation that was filed as Docket No. 71 on May 20, 2019.

Dated: May 20, 2019

                                                Respectfully submitted,

                                                **Hartman, Valeriano, Magovern & Lutz, PC**

            by:    */s/ George M. Lutz*
                          _____
                          George M. Lutz, Esquire
                          1025 Berkshire Boulevard, Suite 700
                          Wyomissing, PA  19610
                          Pa. Attorney ID No.: 46437