### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert D. Emerich and Traci
M. Emerich
        Debtor(s)

Case No: 18–12370–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments and
Motion to Dismiss Case; feasibility Filed by WILLIAM
MILLER*R Represented by WILLIAM MILLER*R (Counsel).

on: 9/12/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400
Washington Street, Reading, PA 19601

For The Court

Date:  8/9/19

Timothy B. McGrath
Clerk of Court