United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-12370-elf
Robert D. Emerich                                               Chapter 13
Traci M. Emerich
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: BarbaraS              Page 1 of 3              Date Rcvd: Aug 09, 2019
                              Form ID: 152                Total Noticed: 66
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
```
db/jdb         +Robert D. Emerich,    Traci M. Emerich,    604 Georgia Avenue,    Reading, PA 19605-1565
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr              ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
14088037       +AES/ PHEAA,    POB 61047,   HARRISBURG, PA 17106-1047
14189409       +Ann E. Endres, Esquire,    Palange, Endres & Marks, P.C.,    720 Centre Avenue,
                 Reading, PA 19601-2508
14088038       +BEST BUY/CBNA,    PO Box 6497,   SIOUX FALLS, SD 57117-6497
14088034        CSC Credit Services,    Box 740040,   Atlanta, GA 30374-0040
14191975        Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
14088042       +Citicards Cbna,    P.O. Box 6241,   Sioux Falls, SD 57117-6241
14330215        Educational Credit Management Corporation,    PO Box 16408,    St. Paul MN 55116-0408
14088035       +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14088032       +Experian,    Business Information Services,   475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14088048       +FORD MOTOR CREDIT,    PO BOX 542000,   OMAHA, NE 68154-8000
14164805      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    PO Box 62180,
                 Colorado Springs, CO 80962)
14088049        Fred Meyer/CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
14088051       +Home Depot/Citibank,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
14088053       +LITTMAN JEWELERS,    1000 MAC ARTHUR BL,   Mahwah, NJ 07430-2035
14088055      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met Ed,    P O Box 16001,   Reading, PA 19612)
14088054       +Mariner Finance,    8211 Town Center Drive,   Nottingham, MD 21236-5904
14185481       +Met-Ed,   101 Crawford's Corner Rd Bldg # 1 Suite,    Holmdel, NJ 07733-1976
14179780       +PHEAA FRN,    PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
14191042       +Palange Endres & Marks, P.C.,    720 Centre Avenue,   Reading, PA 19601-2508
14088059       +ROUND POINT MORTGAGE,    5032 PARKWAY PLAZA,   CHARLOTTE, NC 28217-1918
14088058       +Riverfront FCU,    430 S. 4th Street,   Reading, PA 19602-2698
14092538       +Riverfront Federal Credit Union,    c/o Eden R. Bucher, Esquire,    Leisawitz Heller,
                 2755 Century Boulevard,    Wyomissing, PA 19610-3346
14185504       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Building 6 & 8,
                 Charlotte, NC 28217-1932
14167233       +Roundpoint Mortgage Servicing Corporation,    c/o KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14088060       +St Joseph Medical Center,    PO BOX 644168,   Pittsburgh, PA 15264-4168
14088064       +TD BANK USA/TARGET,    PO BOX 673,   Minneapolis, MN 55440-0673
14182669       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
14088033       +Trans Union,   P.O. Box 1000,    Chester, PA 19016-1000
14088066       +US Department of Education,    60 Forsyth St SW,   Suite 19T40,    Atlanta, GA 30303-8801
14200338        US Department of Education,    P O Box 16448,   Saint Paul, MN 55116-0448
14088065       +United Collection Bureau, Inc.,    Central Processing Center,    5620 Southwyck Blvd., Suite 206,
                 Toledo, OH 43614-1501
14191554        eCAST Settlement Corporation,    PO Box 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2019 04:01:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: ECMCBKNotices@ecmc.org Aug 10 2019 03:59:53      ECMC,   PO BOX 16408,
                 SAINT PAUL, MN  55116-0408
14088041       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 04:26:24      CAPITAL ONE BANK USA,
                 PO BOX 30281,    Salt Lake City, UT 84130-0281
14088045       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 10 2019 04:27:49      CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
14088039        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 04:27:37      Capital One,
                 POB 30285,    Salt Lake City, UT 84130-0285
14088040       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 04:29:01      Capital One Bank,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14088036       +Fax: 602-659-2196 Aug 10 2019 05:11:46      Chex Systems Inc.,   ATTN: Customer Relations,
                 7805 Hudson Rd,    Suite 100,   Woodbury, MN 55125-1703
14088043       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2019 03:59:50      Commenity Bank/Boscovs,
                 PO Box 182120,    Columbus, OH 43218-2120
14088044       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2019 03:59:50      Commenity Bank/DVDBSR,
                 PO Box 182120,    Columbus, OH 43218-2120
14088046        E-mail/Text: mrdiscen@discover.com Aug 10 2019 03:59:26      DISCOVER FINANCIAL SERVI,
                 PO BOX 15316,    Wilmington, DE 19850
14161333        E-mail/Text: mrdiscen@discover.com Aug 10 2019 03:59:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
```

```
District/off: 0313-4           User: BarbaraS              Page 2 of 3                   Date Rcvd: Aug 09, 2019
                               Form ID: 152                Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14088047       +E-mail/Text: bknotice@ercbpo.com Aug 10 2019 04:01:06      ERC,    PO Box 57547,
                 Jacksonville, FL 32241-7547
14330215        E-mail/Text: ECMCBKNotices@ecmc.org Aug 10 2019 03:59:53
                 Educational Credit Management Corporation,    PO BOX 16408,    St. Paul MN 55116-0408
14088050       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 10 2019 04:02:24       Gettington,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14088052       +E-mail/Text: bncnotices@becket-lee.com Aug 10 2019 03:59:34      KOHLS DEPARTMENT STORE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
14191970        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2019 04:27:46      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
14179079        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2019 04:29:12
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14178719        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2019 04:27:48
                 LVNV Funding, LLC its successors and assigns as,     assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14088056       +E-mail/Text: Bankruptcies@nragroup.com Aug 10 2019 04:02:41      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14187815        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2019 04:29:07
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14178666       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2019 04:27:50
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14093046        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2019 04:00:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14088057        E-mail/Text: bankruptcynotices@psecu.com Aug 10 2019 04:02:27      Pennsylvania State ECU,
                 PO Box 67013,    Harrisburg, PA 17106-7013
14163651        E-mail/Text: bnc-quantum@quantum3group.com Aug 10 2019 03:59:58
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14088061       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 04:26:21      SYNCB/Home,    P.O. Box 965036,
                 Orlando, FL 32896-5036
14088062        E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 04:26:21      SYNCB/OLD NAVY,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
14088063        E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 04:26:21      SYNCB/WAL-MART,   PO BOX 965024,
                 ORLANDO, FL 32896-5024
14088933       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 04:26:21      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14200338        E-mail/Text: EDBKNotices@ecmc.org Aug 10 2019 03:57:52      US Department of Education,
                 P O Box 16448,    Saint Paul, MN 55116-0448
14088067       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 10 2019 03:57:48
                 Verizon,    POB 4003,    Acworth, GA 30101-9004
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*          ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,     P.O. Box 62180,
                 Colorado Springs, CO  80921)
cr*           +Riverfront Federal Credit Union,    c/o Eden R. Bucher, Esquire,    Leisawitz Heller,
                 2755 Century Boulevard,    Wyomissing, PA 19610-3346
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: BarbaraS              Page 3 of 3                   Date Rcvd: Aug 09, 2019
                              Form ID: 152                Total Noticed: 66
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union
               ebucher@leisawitzheller.com, medwards@leisawitzheller.com
              GEORGE M. LUTZ    on behalf of Debtor Robert D. Emerich glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Traci M. Emerich glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              KEVIN G. MCDONALD    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert D. Emerich and Traci M. Emerich

    Debtor(s)              Case No: 18–12370–elf

                        Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/12/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

79
Form 152