**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **ROBERT D. AND TRACI M. EMERICH,** | **Bankruptcy No. 18-12370 ELF** |
| **Debtors** | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw Debtors' Response to Motion for Relief from Stay filed by Roundpoint Mortgage Servicing Corporation.

Dated: August 13, 2019	Respectfully submitted,

**Hartman, Valeriano, Magovern & Lutz, P.C.**

**By:**	*/s George M. Lutz, Esquire*

George M. Lutz, Esquire
Attorney I.D. No. 46437
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610
Ph.: 610-779-0772
Fax: 610-779-7473
Email: glutz@hvmllaw.com
Attorneys for Debtors