# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert D. Emerich<br>　　　　Traci M. Emerich<br>　　　　　　　　Debtors<br><br>RoundPoint Mortgage Servicing Corporation<br>　　　　　　　　Movant<br>　　vs.<br><br>Robert D. Emerich<br>Traci M. Emerich<br>　　　　　　　　Debtors<br><br>SCOTT WATERMAN<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-12370 ELF<br><br><br><br>11 U.S.C. Section 362 |

## ORDER

　　　　**ORDERED** that: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED**  with respect to the subject premises located at 604 Georgia Avenue, Reading, PA 19605 ("Property),  to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Date:  9/11/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Robert D. Emerich
604 Georgia Avenue
Reading, PA 19605

Traci M. Emerich
604 Georgia Avenue
Reading, PA 19605

George M. Lutz
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd, Suite 301, P.O. Box 5828
Wyomissing, PA 19610

SCOTT WATERMAN
 Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532