United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert D. Emerich
Traci M. Emerich
    Debtors

Case No. 18-12370-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: John     Page 1 of 2     Date Rcvd: Sep 11, 2019
                  Form ID: pdf900     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.

```
db/jdb         +Robert D. Emerich,    Traci M. Emerich,    604 Georgia Avenue,    Reading, PA 19605-1565
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              ECMC,    PO BOX 16408,    SAINT PAUL, MN  55116-0408
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80921)
cr             +Riverfront Federal Credit Union,    c/o Eden R. Bucher, Esquire,    Leisawitz Heller,
                 2755 Century Boulevard,    Wyomissing, PA 19610-3346
14088059       +ROUND POINT MORTGAGE,    5032 PARKWAY PLAZA,    CHARLOTTE, NC 28217-1918
14185504       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Building 6 & 8,
                 Charlotte, NC 28217-1932
14167233       +Roundpoint Mortgage Servicing Corporation,    c/o KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2019 03:07:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2019 03:07:52      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 03:12:37      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 3
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:

```
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union
           ebucher@leisawitzheller.com, medwards@leisawitzheller.com
          GEORGE M. LUTZ    on behalf of Debtor Robert D. Emerich glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ    on behalf of Joint Debtor Traci M. Emerich glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          KEVIN G. MCDONALD    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
```

```
District/off: 0313-4          User: John              Page 2 of 2              Date Rcvd: Sep 11, 2019
                              Form ID: pdf900         Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                         TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert D. Emerich<br>Traci M. Emerich<br>Debtors | CHAPTER 13 |
| RoundPoint Mortgage Servicing Corporation<br>Movant<br>vs. | NO. 18-12370 ELF |
| Robert D. Emerich<br>Traci M. Emerich<br>Debtors<br><br>SCOTT WATERMAN<br>Trustee | 11 U.S.C. Section 362 |

## ORDER

    **ORDERED** that: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 604 Georgia Avenue, Reading, PA 19605 ("Property), to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Date: 9/11/19

_____
    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**

Robert D. Emerich
604 Georgia Avenue
Reading, PA 19605

Traci M. Emerich
604 Georgia Avenue
Reading, PA 19605

George M. Lutz
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd, Suite 301, P.O. Box 5828
Wyomissing, PA 19610

SCOTT WATERMAN
 Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532