United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12370-elf
Robert D. Emerich                                                     Chapter 13
Traci M. Emerich
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore            Page 1 of 3              Date Rcvd: Sep 26, 2019
                              Form ID: pdf900            Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
```
db/jdb         +Robert D. Emerich,    Traci M. Emerich,    604 Georgia Avenue,    Reading, PA 19605-1565
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
14088037       +AES/ PHEAA,    POB 61047,    HARRISBURG, PA 17106-1047
14189409       +Ann E. Endres, Esquire,    Palange, Endres & Marks, P.C.,    720 Centre Avenue,
                 Reading, PA 19601-2508
14088038       +BEST BUY/CBNA,    PO Box 6497,    SIOUX FALLS, SD 57117-6497
14088034        CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14191975        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14088042       +Citicards Cbna,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14330215        Educational Credit Management Corporation,    PO Box 16408,    St. Paul MN 55116-0408
14088035       +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14088032       +Experian,   Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14088048       +FORD MOTOR CREDIT,    PO BOX 542000,    OMAHA, NE 68154-8000
14164805       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     PO Box 62180,
                 Colorado Springs, CO 80962)
14088049        Fred Meyer/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14386599       +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,
                 1025 Berkshire Blvd., Suite 700,    Wyomissing, PA 19610-1284
14088051       +Home Depot/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14088053       +LITTMAN JEWELERS,    1000 MAC ARTHUR BL,    Mahwah, NJ 07430-2035
14088055       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met Ed,     P O Box 16001,    Reading, PA 19612)
14088054       +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14185481       +Met-Ed,   101 Crawford's Corner Rd Bldg # 1 Suite,     Holmdel, NJ 07733-1976
14179780       +PHEAA FRN,    PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14191042       +Palange Endres & Marks, P.C.,    720 Centre Avenue,    Reading, PA 19601-2508
14088059       +ROUND POINT MORTGAGE,    5032 PARKWAY PLAZA,    CHARLOTTE, NC 28217-1918
14088058       +Riverfront FCU,    430 S. 4th Street,    Reading, PA 19602-2698
14092538       +Riverfront Federal Credit Union,    c/o Eden R. Bucher, Esquire,    Leisawitz Heller,
                 2755 Century Boulevard,    Wyomissing, PA 19610-3346
14185504       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Building 6 & 8,
                 Charlotte, NC 28217-1932
14167233       +Roundpoint Mortgage Servicing Corporation,    c/o KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14088060       +St Joseph Medical Center,    PO BOX 644168,    Pittsburgh, PA 15264-4168
14088064       +TD BANK USA/TARGET,    PO BOX 673,    Minneapolis, MN 55440-0673
14182669       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
14088033       +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000
14200338        US Department of Education,    P O Box 16448,    Saint Paul, MN 55116-0448
14088066       +US Department of Education,    60 Forsyth St SW,    Suite 19T40,    Atlanta, GA 30303-8801
14088065       +United Collection Bureau, Inc.,    Central Processing Center,    5620 Southwyck Blvd., Suite 206,
                 Toledo, OH 43614-1501
14191554        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2019 03:07:32     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14088041       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2019 03:13:41      CAPITAL ONE BANK USA,
                 PO BOX 30281,    Salt Lake City, UT 84130-0281
14088045       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 27 2019 03:13:31      CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
14088039        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2019 03:13:41      Capital One,
                 POB 30285,    Salt Lake City, UT 84130-0285
14088040       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2019 03:13:29      Capital One Bank,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14088036       +Fax: 602-659-2196 Sep 27 2019 05:22:05     Chex Systems Inc.,    ATTN: Customer Relations,
                 7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14088043       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 03:07:07     Commenity Bank/Boscovs,
                 PO Box 182120,    Columbus, OH 43218-2120
14088044       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2019 03:07:07     Commenity Bank/DVDBSR,
                 PO Box 182120,    Columbus, OH 43218-2120
14088046        E-mail/Text: mrdiscen@discover.com Sep 27 2019 03:07:00     DISCOVER FINANCIAL SERVI,
                 PO BOX 15316,    Wilmington, DE 19850
14161333        E-mail/Text: mrdiscen@discover.com Sep 27 2019 03:07:00     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0313-4          User: JEGilmore            Page 2 of 3                   Date Rcvd: Sep 26, 2019
                              Form ID: pdf900            Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14088047       +E-mail/Text: bknotice@ercbpo.com Sep 27 2019 03:07:26      ERC,    PO Box 57547,
                 Jacksonville, FL 32241-7547
14088050       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 27 2019 03:07:48      Gettington,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14088052       +E-mail/Text: bncnotices@becket-lee.com Sep 27 2019 03:07:02      KOHLS DEPARTMENT STORE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
14191970        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 03:13:31      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
14179079        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 03:13:43
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14178719        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 03:13:43
                 LVNV Funding, LLC its successors and assigns as,     assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14088056       +E-mail/Text: Bankruptcies@nragroup.com Sep 27 2019 03:07:54      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14187815        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2019 03:13:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14178666       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2019 03:13:44
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14093046        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 03:07:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14088057        E-mail/Text: bankruptcynotices@psecu.com Sep 27 2019 03:07:48      Pennsylvania State ECU,
                 PO Box 67013,    Harrisburg, PA 17106-7013
14163651        E-mail/Text: bnc-quantum@quantum3group.com Sep 27 2019 03:07:08
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14088061       +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 03:13:28      SYNCB/Home,   P.O. Box 965036,
                 Orlando, FL 32896-5036
14088062        E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 03:13:54      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
14088063        E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 03:13:54      SYNCB/WAL-MART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
14088933       +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 03:13:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14088067       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2019 03:06:58
                 Verizon,    POB 4003,    Acworth, GA 30101-9004
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*           ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,     P.O. Box 62180,
                 Colorado Springs, CO  80921)
cr*            +Riverfront Federal Credit Union,    c/o Eden R. Bucher, Esquire,    Leisawitz Heller,
                 2755 Century Boulevard,    Wyomissing, PA 19610-3346
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: JEGilmore             Page 3 of 3              Date Rcvd: Sep 26, 2019
                              Form ID: pdf900             Total Noticed: 67
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union
               ebucher@leisawitzheller.com, medwards@leisawitzheller.com
              GEORGE M. LUTZ    on behalf of Debtor Robert D. Emerich glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Traci M. Emerich glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              KEVIN G. MCDONALD    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  ROBERT D. EMERICH &
        TRACI M. EMERICH    :   Chapter 13
                                         :
        Debtor                          :   Bky. No.  18-12370  ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

       **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  9/26/19

                                            **ERIC L. FRANK**
                                            **U.S. BANKRUPTCY JUDGE**