**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:                                  | Chapter 13 Bankruptcy         |
|-----------------------------------------|-------------------------------|
| **ROBERT D. AND TRACI M. EMERICH,**<br><br>Debtors | **Bankruptcy No. 18-12370 ELF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date: October 2, 2019

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

            **by:**    */s/ George M. Lutz*

                      George M. Lutz, Esquire
                      1025 Berkshire Blvd, Suite 700
                      Wyomissing, PA 19610
                      Attorney I.D. No. 46437
                      Phone: 610-779-0772
                      Fax: 610-779-7473