**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**ROBERT D. AND TRACI M. EMERICH,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-12370 ELF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that adequate notice of the Application for Allowance of Compensation and Reimbursement of Expenses was served upon the Chapter 13 Trustee, United States Trustee, all creditors and parties in interest; And neither the Trustee nor the United States Trustee nor any creditor or interested persons have filed an Answer, within the time set by the court, to the Application for Allowance of Compensation and Reimbursement of Expenses and request that the court grant the Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date: October 14, 2019

                                  **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    **by:**    */s/ George M. Lutz*

                                  George M. Lutz, Esquire
                                  1025 Berkshire Blvd, Suite 700
                                  Wyomissing, PA 19610
                                  Attorney I.D. No. 46437
                                  Phone: 610-779-0772
                                  Fax: 610-779-7473