*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert D. Emerich and Traci M. Emerich
    Debtor(s)

Case No: 18–12370–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Application for Compensation for GEORGE M. LUTZ, Debtor's Attorney, Period: 6/29/2018 to 9/11/2019, Fee: $1460.90, Expenses: $0.00 Filed by GEORGE M. LUTZ

on: 11/7/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 10/18/19

Timothy B. McGrath
Clerk of Court

95 – 87
Form 167