**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Chapter 13 Bankruptcy |
|---|---|
| **ROBERT D. AND TRACI M. EMERICH,** | **Bankruptcy No. 18-12370 ELF** |
| Debtors | |

**ORDER**

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response, it is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,460.90**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 pertains to services rendered and costs incurred during the Chapter 13 bankruptcy and conversion thereof, for the period of June 29, 2018 through September 11, 2019.

Date: 11/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**