```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

```
In re:                                                       Case No. 18-12370-elf
Robert D. Emerich                                            Chapter 13
Traci M. Emerich
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4      User: Randi             Page 1 of 1           Date Rcvd: Nov 08, 2019
                          Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.
db/jdb         +Robert D. Emerich,   Traci M. Emerich,   604 Georgia Avenue,   Reading, PA 19605-1565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:
      DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
      EDEN R. BUCHER    on behalf of Creditor    Riverfront Federal Credit Union
       ebucher@leisawitzheller.com, medwards@leisawitzheller.com
      GEORGE M. LUTZ    on behalf of Joint Debtor Traci M. Emerich glutz@hvmllaw.com,
       amerkey@hvmllaw.com;r49419@notify.bestcase.com
      GEORGE M. LUTZ    on behalf of Debtor Robert D. Emerich glutz@hvmllaw.com,
       amerkey@hvmllaw.com;r49419@notify.bestcase.com
      HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
       229ecf@glpoc.comcastbiz.net
      KEVIN G. MCDONALD    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
       bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
       bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                           TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Chapter 13 Bankruptcy |
|---|---|
| **ROBERT D. AND TRACI M. EMERICH,** | Bankruptcy No. 18-12370 ELF |
| Debtors | |

**ORDER**

AND NOW, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response, it is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,460.90**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 pertains to services rendered and costs incurred during the Chapter 13 bankruptcy and conversion thereof, for the period of June 29, 2018 through September 11, 2019.

Date:  11/8/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**